■ CITY OF ROCHESTER, Plaintiff, v HOLMSTEN ICE RINKS, INC., et al., Defendants and Third-Party Plaintiffs-Respondents. FRANK L. CIMINELLI CONSTRUCTION CO., INC., et al., Third-Party Defendants-Appellants, et al., Third-Party Defendant. (Appeal No. 2.)—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same memorandum as in *City of Rochester v Holmsten Ice Rinks* ([appeal No. 1] 155 AD2d 939 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Curran, J.—summary judgment.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.